ORIGINAL

FILED
APR 27 2006
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DOUGLAS S. JOHNSON, Plaintiff, | |
| v. | Case No. 06-334 C |
| UNITED STATES OF AMERICA, Defendant. | |

## NOTICE OF RELATED CASES

Please take note that the above captioned case is directly related to Stephen Adams, et al. v. United States, No. 90-162C and consolidated cases and Stephen A. Boyer, et al. v. United States, Case No. 00-641C, which are currently pending in the United States Court of Federal Claims, the outcome of which is likely to call for a determination of the same or substantially similar questions as are presented in the instant case.

Respectfully submitted,

Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
(202) 296-1798

OF COUNSEL:
Linda Lipsett

Edgar James
James & Hoffman
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
(202) 496-0500

Attorneys for Plaintiffs

Dated: April 27, 2006