# In the United States Court of Federal Claims

No. 06-334 C

(Filed August 24, 2006)

* * * * * * * * * * * * * * * * * * * * * *
DOUGLAS S. JOHNSON, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

On August 18, 2006,[1] the parties, pursuant to Appendix A, ¶ 4 of the Rules of the United States Court of Federal Claims (RCFC) filed their joint preliminary status report (JPSR). The parties state that plaintiff has been employed by the same Federal agencies as plaintiffs in *Boyer v. United States*, No. 00-641 C, along with serving the same position (Senior Marine Enforcement Officer) as of some of the plaintiffs in *Boyer*. Additionally, plaintiff asserts similar claims, if not identical, to the claims asserted in *Boyer*. Currently in *Boyer*, the parties are conducting settlement negotiations and summary judgment motions are due to be filed by September 30, 2006. The parties state that if settlement is not reached and summary judgment motions are filed in *Boyer* then they shall most likely file them in the subject matter, as well. Also, the parties propose that home-to-work driving issues and further proceedings relating to damages be deferred pending resolution of *Adams v. United States, No. 90-162C*. The court is amenable to granting the parties the time requested to settle this case. If no settlement is achieved plaintiffs may file their dispositive motion.

---

[1]/ Although, the parties' JPSR was untimely, due to have been filed by August 17, 2006, it is to be considered filed on August 18, 2006 by leave of the court.

Accordingly, it is hereby **ORDERED** that:

(1) The parties' JPSR electronically submitted to the court on August 18, 2006 shall be considered filed as of that date;

(2) Plaintiffs' Dispositive Motion shall be filed on or before **October 31, 2006**;[2] and

(3) Further proceedings relating to work-home driving issues and damages shall be **DEFERRED** pending the resolution of *Adams v. United States, No. 90-162C*.

s/Lynn J. Bush
LYNN J. BUSH
Judge

[2]/ In the event that the parties determine that they are close to a resolution of plaintiffs' overtime pay claims, but are unable to finalize settlement by October 31, 2006, the court will entertain a request for additional time.