# In the United States Court of Federal Claims

No. 06-334 C
(Filed November 1, 2006)

* * * * * * * * * * * * * * * * * * * * * *
DOUGLAS S. JOHNSON, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On October 31, 2006, defendant filed an Unopposed Motion to Enlarge the filing deadline for dispositive motions in the subject matter. According to defendant, this case presents issues similar to those in *Boyer v. United States*, No. 00-641 C, and a settlement offer in *Boyer* is currently being reviewed within the Department of Justice. Because a settlement in *Boyer* might render dispositive motions in the subject matter unnecessary, and because dispositive motions in *Boyer* are now due on or before November 28, 2006, defendant asks that dispositive motions in this case be due on the same date.

The court is amenable to granting the parties the time requested to settle this case. If no settlement is achieved, the parties may file their dispositive motions pursuant to the proposed schedule in defendant's unopposed motion.

Accordingly, it is hereby **ORDERED** that the parties' dispositive motions shall be filed on or before **November 28, 2006**.

s/Lynn J. Bush
LYNN J. BUSH
Judge