IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DOUGLAS S. JOHNSON<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-334C<br>(Judge Lynn J. Bush) |

UNOPPOSED MOTION TO ENLARGE

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully request a 45-day enlargement of time, to and including January 12, 2007, within which the parties may file their dispositive motions. The parties' dispositive motions were due on November 28, 2006. Defendant's request for an enlargement is filed out of time by two days because the parties inadvertently overlooked the deadline for filing summary judgment motions. The deadline for filing summary judgment briefs was properly transcribed in Government counsel's calendar, but Government counsel overlooked the due date. This is defendant's second request for enlargement of time for this purpose. Counsel for plaintiffs has indicated that plaintiffs are not opposed to this motion.

The Government requests this enlargement to allow time for review within the Department of Justice of a settlement proposed by plaintiffs in Boyer v. United States, No. 00-641C. As stated in the parties' joint preliminary status report, Mr. Johnson has been employed by the same Federal agencies as plaintiffs in Boyer, served in the same position as some of the plaintiffs in Boyer (Senior Marine Enforcement Officer), and he asserts claims similar, if not identical, to the claims asserted in Boyer. In the event that plaintiffs' settlement

offer in Boyer is accepted, the parties do not anticipate the need to file summary judgment motions in this case. At this time, the settlement offer in Boyer is still being reviewed within the Department of Justice. Therefore, we respectfully request that the Court grant an enlargement of time of 45 days within which the parties may file motions for summary judgment, through and including January 12, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/David M. Cohen
DAVID M. COHEN
Director

/s/Shalom Brilliant by Michael J. Dierberg
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7561
Fax: (202) 305-7643

November 30, 2006

Attorneys for Defendant