# In the United States Court of Federal Claims

No. 06-334 C
(Filed January 17, 2007)

* * * * * * * * * * * * * * * * * * * * * *
DOUGLAS S. JOHNSON, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On January 12, 2007, defendant filed an Unopposed Motion to Enlarge of forty-five days, to and including February 26, 2007, in order that the parties may file dispositive motions in the subject matter. The defendant's motion reiterates that this case presents issues similar to those in *Boyer v. United States*, No. 00-641 C, and that a settlement offer in *Boyer* is currently being reviewed within the Department of Justice. Defendant states that a settlement in *Boyer* might render dispositive motions unnecessary in the subject matter. Additionally, the parties have requested a forty-five day enlargement of time in *Boyer* so that dispositive motions would be due on the same date, February 26, 2007.

The court is amenable to granting the parties the time requested to settle this case. If no settlement is achieved, the parties may file their dispositive motions pursuant to the proposed schedule in defendant's unopposed motion. Accordingly, it is hereby **ORDERED** that the parties' **dispositive motions** shall be **FILED** on or before **February 26, 2007**.

s/Lynn J. Bush
LYNN J. BUSH
Judge