IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOUGLAS S. JOHNSON | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 06-334C |
| | ) | (Judge Lynn J. Bush) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO ENLARGE

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal, defendant respectfully request a 60-day enlargement of time, to and including April 30, 2007, within which the parties may file their dispositive motions. The parties' dispositive motions are due on February 26, 2007. This is defendant's fourth request for enlargement of time for this purpose. Counsel for plaintiff has indicated that plaintiff is not opposed to this motion.

The Government requests this enlargement to allow time for the parties to determine whether or not settlement is appropriate in this matter in light of the recent approval of plaintiffs' settlement offer in Boyer v. United States, No. 00-641C, a case involving claims similar to the claims in this case. Therefore, we respectfully request that the Court grant an enlargement of time of 60 days within which the parties may file motions for summary judgment, through and including April 30, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Acting Director

/s/ Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:

Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

February 26, 2007

Attorneys for Defendant