# In the United States Court of Federal Claims

No. 06-334 C

(Filed February 27, 2007)

* * * * * * * * * * * * * * * * * * * * * *
DOUGLAS S. JOHNSON, *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On February 26, 2007, defendant filed an Unopposed Motion to Enlarge of sixty days, to and including April 30, 2007, within which the parties may file dispositive motions in the subject matter. The defendant's motion reiterates that this case presents issues similar to those in *Boyer v. United States*, No. 00-641 C, and that plaintiffs' settlement offer was recently approved in *Boyer.* Defendant requests additional time for the parties to determine if settlement is appropriate in the subject matter.

The court is amenable to granting the parties the time requested to settle this case. If no settlement is achieved, the parties may file their dispositive motions pursuant to the proposed schedule in defendant's unopposed motion. Accordingly, it is hereby **ORDERED** that the parties' **dispositive motions** shall be **FILED** on or before **April 30, 2007**.

s/Lynn J. Bush
LYNN J. BUSH
Judge