# In the United States Court of Federal Claims

No. 06-334 C

(Filed May 1, 2007)

* * * * * * * * * * * * * * * * * * * * * *
DOUGLAS S. JOHNSON, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On April 30, 2007, Plaintiff filed an Unopposed Motion for Enlargement of Time of sixty days, to and including June 29, 2007, within which the parties may file dispositive motions in the subject matter. The plaintiff's motion reiterates that this case presents issues similar to those in *Boyer v. United States*, No. 00-641 C, and that plaintiffs' settlement offer was recently approved in *Boyer*. Plaintiff requests additional time for the parties to prepare a settlement proposal for plaintiff's claims.

The court is amenable to granting the parties the time requested to settle this case. If no settlement is achieved, the parties may file their dispositive motions pursuant to the proposed schedule in plaintiff's unopposed motion. Accordingly, it is hereby **ORDERED** that the parties' **dispositive motions** shall be **FILED** on or before **June 29, 2007**.

s/Lynn J. Bush
LYNN J. BUSH
Judge