IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DOUGLAS S. JOHNSON<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-334C<br>(Judge Lynn J. Bush) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal, plaintiff respectfully request a 60-day enlargement of time, to and including August 30, 2007, within which the parties may file their dispositive motions. The parties' dispositive motions are due on June 29, 2007. This is plaintiff's second request for an enlargement of time for this purpose. Counsel for defendant has indicated that defendant is not opposed to this motion.

Plaintiff's counsel requests this enlargement because the claims of similarly situated plaintiffs in Boyer v. United States, No. 00-641C have been settled and additional time is needed for the Department of Homeland Security to review the settlement. As stated in the parties' joint preliminary status report, Mr. Johnson has been employed by the same agency as plaintiffs in Boyer, served in the same position the plaintiffs in Boyer (Senior Marine Enforcement Officer), and he asserts claims that are identical to those asserted in Boyer. Because the claims in Boyer have been settled, the parties do not anticipate the need to file summary judgment motions in this case. Therefore, we respectfully request that the Court grant an enlargement of time of 60 days

within which the parties may file motions for summary judgment, through and including August 30, 2007.

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

Jules Bernstein
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
(202) 296-1798

s/Edgar James
Edgar James
James & Hoffman, P.C.
1101-17th Street, N.W.
Suite 510
Washington, D.C. 20036
(202) 496-0500

Attorneys for Plaintiffs

Dated: June 26, 2007

## CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 26th day of June 2007, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Edgar James