# In the United States Court of Federal Claims

No. 06-334 C

(Filed June 29, 2007)

* * * * * * * * * * * * * * * * * * * * * *
DOUGLAS S. JOHNSON, *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On June 26, 2007, Plaintiff filed an Unopposed Motion for Enlargement of Time of sixty days, to and including August 30, 2007, within which the parties may file dispositive motions in the subject matter. Plaintiff's motion reiterates that this case presents issues similar to those in *Boyer v. United States*, No. 00-641 C, and the plaintiffs' settlement offer was recently approved in *Boyer*. Plaintiff requests additional time for settlement negotiations.

The court is amenable to granting the parties the time requested to settle this case. If no settlement is achieved, the parties may file their dispositive motions pursuant to the proposed schedule in plaintiff's unopposed motion. Accordingly, it is hereby **ORDERED** that the parties' initial **dispositive motion** shall be **FILED** on or before **August 30, 2007**.

s/Lynn J. Bush
LYNN J. BUSH
Judge