IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DOUGLAS S. JOHNSON, Plaintiff, | Case No. 06-334C |
| v. | (Judge Lynn J. Bush) |
| UNITED STATES OF AMERICA, Defendant. | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal, plaintiff respectfully requests a 60-day enlargement of time, to and including October 24, 2007, within which the parties may file a settlement in this case, report on the status of the settlement negotiations or file a dispositive motion. The parties' dispositive motions are currently due on August 30, 2007. This is plaintiff's third request for an enlargement of time for this purpose. Counsel for defendant has indicated that defendant is not opposed to this motion.

Plaintiff's counsel requests this enlargement because the claims of similarly situated plaintiffs in Boyer v. United States, No. 00-641C, have been settled and additional time is needed for the Department of Justice to review the settlement. As stated in the parties' joint preliminary status report, Mr. Johnson has been employed by the same agency as plaintiffs in Boyer, served in the same position as the plaintiffs in Boyer (Senior Marine Enforcement Officer), and asserts claims that are identical to those asserted in Boyer. Because the claims in Boyer have been settled, the parties do not anticipate the need to file summary judgment motions in this case.

Therefore, plaintiff respectfully requests that the Court grant an enlargement of time of 60 days within which to report back to the Court with a settlement or the status of settlement, or file a dispositive motion, through and including October 24, 2007.

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

Jules Bernstein
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
(202) 296-1798

s/Edgar James
Edgar James
James & Hoffman, P.C.
1101-17th Street, N.W.
Suite 510
Washington, D.C. 20036
(202) 496-0500

Attorneys for Plaintiffs

Dated: August 28, 2007

## CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 28th day of August 2007, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Edgar James