# In the United States Court of Federal Claims

No. 06-334 C

(Filed October 24, 2007)

* * * * * * * * * * * * * * * * * * * * * *
DOUGLAS S. JOHNSON, *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On October 23, 2007, plaintiff filed an Unopposed Motion for Enlargement of Time of ninety days, to and including January 21, 2008, within which the parties shall file a settlement in this case or report the status of settlement negotiations. Accordingly, it is hereby **ORDERED** that the parties shall **FILE** on or before **January 21, 2008**, a **Joint Status Report** informing the court of the status of settlement negotiations.

s/Lynn J. Bush
LYNN J. BUSH
Judge