# In the United States Court of Federal Claims

No. 06-334 C
(Filed April 8, 2008)

* * * * * * * * * * * * * * * * * * * * *
DOUGLAS S. JOHNSON, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On August 24, 2006, this court set a preliminary schedule for proceedings in the subject matter. At the parties' request, the court has extended filing deadlines to permit settlement negotiations, and has deferred litigation of plaintiff's driving time claim. On October 24, 2007, the court ordered a status report on the status of settlement negotiations, due January 22, 2008. As of this date, no status report in the subject matter has been received by the court.

The driving time issue, deferred in this case, has been litigated in other cases. On January 7, 2008, the appellants' petition for writ of *certiorari* was denied in *Adams v. United States*, 128 S. Ct. 866 (2008). The court requires assurance that progress will be made on the resolution of all of plaintiff's claims and the closing of this case.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **May 30, 2008**, and **at every ninety-day interval henceforth**, informing the court of the status of settlement negotiations, of the status of proceedings on the driving time issue as this affects plaintiff's claim in this case, and any other issues preventing the closing of this case. Counsel are commended for progress made thus far in this case.

/s/Lynn J. Bush
LYNN J. BUSH
Judge