IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DOUGLAS S. JOHNSON,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 06-334C
(Judge Lynn J. Bush)

**STIPULATION OF PARTIAL DISMISSAL**

Pursuant to RCFC 41 (a)(1)(ii), the parties stipulate to the partial dismissal of certain claims asserted in this action pursuant to, and in accordance with, the terms of a partial settlement agreement entered into by the parties on February 21, 2008.

The partial settlement agreement and this stipulation cover all of plaintiff's claims asserted in the complaint, with the exception of: (1) any claim that plaintiff may have pursuant to the Fair Labor Standards Act ("FLSA") for time solely spent driving a Government vehicle between home and work; and (2) any claim that plaintiff may have for attorney fees and costs pursuant to the FLSA.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

TODD M. HUGHES
Deputy Director

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:

LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: 4/10/08

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: 4/10/08