# In the United States Court of Federal Claims

No. 06-334 C
(Filed June 9, 2008)

* * * * * * * * * * * * * * * * * * * * * *
DOUGLAS S. JOHNSON, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 29, 2008, the parties filed their Joint Status Report. Although most claims have been settled in this case, driving time claims remain to be resolved. The parties disagree as to whether this case should be stayed until the resolution of pending motions regarding driving time claims in *Adams v. United States*, No. 90-162 C. Defendant prefers to resolve the driving time claims in this case by dispositive motion, unless plaintiff will stipulate that the result in *Adams* will control the resolution of driving time claims here. Defendant proposes, absent a stipulation agreed to by plaintiff, to file its motion on or before July 18, 2008. The court encourages either party to file a dispositive motion on this issue, if such an undertaking will help bring this litigation to a timely conclusion.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report** on or before **August 29, 2008**, and every ninety days thereafter, informing the court of the progress on the resolution of driving time claims.

/s/Lynn J. Bush
LYNN J. BUSH
Judge